Eric F. Spade, for Statewide Assoc. for Transit Ins., amicus curiae.

Thomas L. Wenger, Harrisburg, for Pennsylvania State Assoc. of Twp. Supervisors and Pennsylvania Local Government Conference, amicus curiae.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

835 A.2d 1289

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Edwin GOMEZ, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 2003.

Decided Nov. 20, 2003.

Louis Theodore Savino, Philadelphia, for Edwin Gomez, Appellant.

Hugh J. Burns, Philadelphia, for the Com. of PA, Appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

836 A.2d 1

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Ralph BIRDSONG, Appellant.**

Supreme Court of Pennsylvania.

Submitted June 4, 2003.

Decided Nov. 19, 2003.

David Warren Wycoff, Ellen Berkowitz, Billy Horatio Nolas, Philadelphia, for Ralph Birdsong.

Hugh J. Burns, Philadelphia, Amy Zapp, Harrisburg, for Com.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.